FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

99 JAN -8 PM 3: 27

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| LEROY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 98-G-1139-NE |
| | ) | |
| JAMES M. BARNES, Jr., and | ) | |
| HONORABLE THOMAS ap R. JONES, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED

JAN - 8 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 25, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b).  The plaintiff filed objections to the report and recommendation on December 15, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 8 day of _____ Jan. _____, 1999.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE

13